# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LUTHER RAY LEWIS, JR.,

    Plaintiff,

v.

NELLIS AIR FORCE BASE, et al.,

    Defendants.

Case No. 2:09-CV-02049-KJD-LRL

**ORDER**

    Currently before the Court is the Report and Recommendation (#2) issued by Magistrate Judge Lawrence R. Leavitt on February 18, 2010. In the Report and Recommendation, Magistrate Judge Leavitt recommended that the Court dismiss Plaintiff's Complaint with prejudice as delusional and frivolous. Specifically, Magistrate Judge Leavitt found that Plaintiff's allegations are "fantastic, delusional, and irrational." (Report and Recommendation at 2.) The Court agrees.

    Amongst the allegations made by Lewis, are claims that Defendants have allowed "30 innerspace aircraft to track an African American with a clandestine 'EMR' neural device without his consent," that due to the implantation of said EMR neural device into his brain, "satellites" electronically tamper with Plaintiff's capabilities, track him everywhere he goes and have stolen his music and poetry. (Compl. at 4–5.) Additionally, Plaintiff avers that his family is in danger of being murdered by hostile devil worshipers, and that an "anti-American and anti-Black" neural scientist

1  network has tortured him "for 8 years from California to Nevada." (Id. at 3.)  Plaintiff seeks
2  compensation in "the amount of 2 million dollars or close for hardship and illegal unauthorized
3  surveillance of family and self." (Id. at 9.)

4  According to Local Rule IB 3-2, any party wishing to object to the findings and
5  recommendations of a magistrate judge must do so in writing within ten (10) days of the date of
6  service of the findings and recommendation.  To date, Plaintiff has failed to file any objection to the
7  Magistrate Judge's Report and Recommendation.

8  Accordingly, having reviewed the Complaint *de novo*, the Court hereby adopts the Magistrate
9  Judge's Report and Recommendation (#2) in full, and dismisses Plaintiff's Complaint with prejudice
10 as delusional and frivolous.

11 **IT IS SO ORDERED**.

12 DATED this 13th day of April 2010.

_____
Kent J. Dawson
United States District Judge

2